UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: FONTAINE, DAVID LYNN § Case No. 2:08-13047-CGC
   FONTAINE, CONNIE LORRAINE §
    §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Roger W. Brown, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  230 NORTH FIRST AVENUE, SUITE 101
  PHOENIX, ARIZONA 85003

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/28/2009    By: /s/Roger W. Brown
                 Trustee

Roger W. Brown
P.O. BOX 32967
PHOENIX,, AZ 85064-2967

UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

In re: FONTAINE, DAVID LYNN § Case No. 2:08-13047-CGC
     FONTAINE, CONNIE LORRAINE §
      §
      §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $     3,507.81

*and approved disbursements of*     $     0.00

*leaving a balance on hand of* [1]     $     3,507.81

Claims of secured creditors will be paid as follows:

*Claimant*                          *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Roger W. Brown | $ 876.95 | $ 68.77 |
| *Attorney for trustee* | LANE & NACH, P.C. | $ 747.00 | $ 6.20 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,992.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | PYOD, LLC | $ 1,251.98 | $ 40.45 |
| 3 | PYOD, LLC | $ 982.44 | $ 31.74 |
| 4 | PYOD, LLC | $ 2,340.22 | $ 75.60 |
| 5 | PYOD, LLC | $ 6,435.50 | $ 207.90 |
| 6 | PYOD, LLC | $ 1,140.64 | $ 36.85 |
| 7 | PYOD, LLC | $ 1,814.74 | $ 58.63 |
| 8 | ROUNDUP FUNDING, LLC | $ 6,002.23 | $ 193.91 |
| 9 | WELLS FARGO BANK, N.A. | $ 2,253.75 | $ 72.81 |
| 10 | WELLS FARGO BANK, N.A. | $ 7,130.58 | $ 230.36 |
| 11 | CHASE BANK USA | $ 3,787.42 | $ 122.35 |
| 12 | CAPITAL RECOVERY II | $ 570.57 | $ 18.43 |
| 13 | CAPITAL RECOVERY II | $ 456.18 | $ 14.74 |

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 14 | CAPITAL RECOVERY II | $ 1,270.37 | $ 41.04 |
| 15 | CAPITAL RECOVERY II | $ 214.07 | $ 6.92 |
| 16 | ECAST SETTLEMENT CORPORATION | $ 1,908.84 | $ 61.67 |
| 17 | ECAST SETTLEMENT CORPORATION | $ 2,986.94 | $ 96.49 |
| 18 | AMERICAN EXPRESS CENTURION | $ 1,130.56 | $ 36.52 |
| 19 | APPLIED BANK | $ 2,588.02 | $ 83.61 |
| 20 | ECAST SETTLEMENT CORPORATION | $ 10,313.35 | $ 333.18 |
| 21 | CABELAS VISA | $ 1,414.30 | $ 45.69 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                         Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                         Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/Roger W. Brown
                                      Trustee

Roger W. Brown
P.O. BOX 32967
PHOENIX,, AZ  85064-2967

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: gaarek              Page 1 of 2           Date Rcvd: Sep 28, 2009
Case: 08-13047                 Form ID: pdf001           Total Noticed: 50
```

The following entities were noticed by first class mail on Sep 30, 2009.
```
db/jdb     +DAVID LYNN FONTAINE,   CONNIE LORRAINE FONTAINE,    842 S. LONGWOOD LOOP,   MESA, AZ 85208-2622
cr         +++COMPASS BANK (SECURED) DEPARTMENT,   P.O. BOX 201347,   ARLINGTON, TX 76006-1347
cr         +GMAC MORTGAGE, LLC,   Pite Duncan, LLP,   4375 Jutland Drive,   Suite 200,
             San Diego, CA 92117-3600
cr         +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,   25 SE 2ND AVE #1120,   MIAMI, FL 33131-1605
7795979     APPLIED BANK,   PO BOX 17125,   WILMINGTON DE 19850-7125
7595926    +ASC,   PO Box 10388,   Des Moines IA 50306-0388
7595923    +Alltel,   Bldg. 4, 3rd Floor,   One Allied Drive,   Little Rock AR 72202-2099
7790632     American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
7595924    +American Express Gold,   PO Box 297813,   Fort Lauderdale FL 33329-7813
7595925     Applied Bank,   PO Box 17120,   Wilmington DE 19886-7120
7595927     Aspire Visa,   PO Box 23007,   Columbus GA 31902-3007
7595928    +Beneficial,   P.O. Box 4153,   Carol Stream IL 60197-4153
7753730    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
8392396     CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
7595929    +Cabelas Visa,   PO Box 82609,   Lincoln NE 68501-2609
7595930     Capital One Visa,   PO Box 60024,   City Of Industry CA 91716-0024
7595931     Chase Mastercard & Visa,   PO Box 15548,   Wilmington DE 19886-5548
7595932    +Citibank AT & T Universal,   PO Box 91778,   Albuquerque NM 87199-1778
7595933    +Citibank Sears,   PO Box 45129,   Jacksonville FL 32232-5129
7595934     Citibank USA Shell,   PO Box 183018,   Columbus OH 43218-3018
7595935    +Compass Bank,   445 North Stapley Drive,   Mesa AZ 85203-7201
7595936     First United Realty, Inc.,   5555 E. Van Buren Street, Ste. 210,   Mesa AZ 85208
7595937     GE Capital RFS Walmart,   PO Box 981064,   El Paso TX 79998-1064
7595939    +GMAC Mortgage,   6716 Grade Lane,   Bldg. 9, #910,   Louisville KY 40213-3410
7595938    +GMAC Mortgage,   3451 Hammond Avenue,   Waterloo IA 50702-5300
7595940     HFC,   PO Box 17574,   Baltimore MD 21297-1574
7818820     HSBC CONSUMER LENDING USA INC,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
             Newark NJ 07193-5480
7595943     HSBC Card Services,   PO Box 60102,   City Of Industry CA 91716-0102
7595942    +HSBC Card Services,   PO Box 80082,   Salinas CA 93912-0082
7595941     Home Depot,   PO Box 6028,   The Lakes NV 88901-6028
7595945     Macy's,   PO Box 6938,   The Lakes NV 88901-6938
7730458     PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
7595946     Sams Club Consumer Card,   PO Box 981064,   El Paso TX 79998-1064
7595947     Sears Credit Cards,   PO Box 6937,   The Lakes NV 88901-6937
7595948     Target,   PO Box 59317,   Minneapolis MN 55459-0317
7595949     Wells Fargo,   PO Box 30086,   Los Angeles CA 90030-0086
7595950     Wells Fargo,   PO Box 6995,   Portland OR 97228-6995
8262676    +Wells Fargo Bank NA,   4137 121st Street,   Urbandale IA 50323-2310
7737242    +Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,   Recovery Department,   P.O. Box 9210,
             Des Moines, IA 50306-9210
7595951     Wells Fargo Financial Bank,   PO Box 98751,   Las Vegas NV 89193-8751
8196917     eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
7786292     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
             Newark NJ 07193-5480
```

The following entities were noticed by electronic transmission on Sep 28, 2009.
```
7973047    +E-mail/PDF: rmscedi@recoverycorp.com Sep 28 2009 23:49:12     Capital Recovery II,
             25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
7717803    +Fax: 205-297-6863 Sep 29 2009 01:45:36     Compass Bank,   P.O. Box 10566,
             Birmingham, AL 35296-0002
7595944     E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2009 23:49:12     JCPenney,   PO Box 950090,
             Orlando FL 32896-0090
7615661     E-mail/PDF: rmscedi@recoverycorp.com Sep 28 2009 23:49:12
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
7757612    +E-mail/PDF: rmscedi@recoverycorp.com Sep 28 2009 23:49:12
             Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
7757610    +E-mail/PDF: rmscedi@recoverycorp.com Sep 28 2009 23:49:12
             Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
7757608    +E-mail/PDF: rmscedi@recoverycorp.com Sep 28 2009 23:49:12
             Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
7736810     E-mail/PDF: BNCEmails@blinellc.com Sep 28 2009 23:45:46     Roundup Funding, LLC,   MS 550,
             PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +++American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
cr*         eCAST Settlement Corporation,   POB 35480,   Newark, NJ  07193-5480
7730473*    PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
7973048*    Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
7973049*    Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
7973050*    Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
7973063*    Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                   TOTALS: 0, * 7
```

***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2009**                               **Signature:**      *Joseph Speetjens*